UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

P.L. RZ, CORP. d/b/a P'S HOUSE OF MEATS I,
    Defendant.

Case No: 23-CV-62291-JIC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, P.L. RZ, CORP. d/b/a P'S HOUSE OF MEATS I, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Joshua M. Entin
Joshua M. Entin, Esq. (FBN: 493724)
    *Attorney for Defendant*
josh@entinlaw.com
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
Tel: (954) 761-7201